**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **v.** ) <br> ) <br> **PHILMON DESHAWN** ) <br> **CHAMBERS, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | **CASE NO. 3:22-cr-14 (MTT)** |

## ORDER

On May 12, 2023, the Court entered an Order granting the Government's motion for an anonymous jury. Docs. 168; 195. For safety reasons, the Government's motion and the Court's Order were and have been sealed from the public. However, the information included in both the motion and the Order that was of a concern to the Government and to the Court is now generally a matter of public record. Accordingly, the Clerk of Court is hereby **DIRECTED** to unseal the Government's motion (Doc. 168) and the Court's May 12, 2023 Order (Doc. 195).

**SO ORDERED**, this 21st day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT